Fill in this information to identify your case:

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Hamon Corporation |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 22-2270774 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 46 E. Main Street, Suite 301<br>Somerville, NJ 08876<br>Number, Street, City, State & ZIP Code | P.O. Box 1500<br>Somerville, NJ 08876<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Somerset<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   https://hamonusa.com

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor __Hamon Corporation__          Case number (*if known*) _____
      Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5511__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ■ No.
   - ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor **Hamon Corporation**
_____
Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

Debtor **See Attached Rider**    Relationship **Affiliates**

District **Delaware**    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Hamon Corporation**
      Name

Case number *(if known)* _____

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 24, 2022**
                MM / DD / YYYY

X _[signature]_        **Joseph DeMartino**
Signature of authorized representative of debtor     Printed name

Title   **President**

**18. Signature of attorney**

X _[signature]_     Date **April 24, 2022**
Signature of attorney for debtor                MM / DD / YYYY

**Jarret P. Hitchings 5564**
Printed name

**Duane Morris LLP**
Firm name

**1201 North Market Street**
**Suite 501**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-657-4900**    Email address **JPHitchings@duanemorris.com**

**5564 DE**
Bar number and State

**Rider to Voluntary Petition**

On the date hereof, each of the affiliated entities listed below, including the debtor in this bankruptcy case (collectively, the "Debtors"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, in the U.S. Bankruptcy Court for the District of Delaware.

1. Hamon Holdings Corporation

2. Hamon Corporation

3. Hamon Custodis, Inc.

4. Hamon Research-Cottrell, Inc.

5. Research-Cottrell Cooling, Inc.

6. Hamon Deltak, Inc.

# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF HAMON CORPORATION

April 24, 2022

The undersigned, being all of the members of the board of directors (the "Board") of Hamon Corporation (the "Company"), a Delaware corporation, pursuant to section 141(f) of the Delaware General Corporation Law and the Bylaws of the Company, hereby consent to and adopt in writing the following resolutions as if duly approved and adopted at a meeting of the Board, duly called and held in accordance with applicable law and the Bylaws of the Company:

WHEREAS, the Board after due deliberation has determined that it is in the best interests of the Company and its constituencies, including its creditors, to file a voluntary petition for relief under chapter 11 of title 11 of the U.S. Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

NOW, THEREFORE, IT IS HEREBY RESOLVED that in the judgment of the Board, after due consultation with the management and legal advisors of the Company, it is desirable and in the best interests of the Company, its creditors, and other parties-in-interest that the Company shall be, and hereby is, authorized to file or cause to be filed a voluntary petition for relief (a "Chapter 11 Case") under the Bankruptcy Code in the Bankruptcy Court; and it is further

RESOLVED that each of Peter Howes, Joseph DeMartino, Eric Binard, Ronald Meyer, and Scott Bryant are hereby appointed as an "Authorized Person" of the Company authorized to act for and on behalf of the Company in the furtherance of the matters set forth in these resolutions and in all matters in and in connection with the Chapter 11 Case; and it is further

RESOLVED, and without limiting the generality of the foregoing, each Authorized Person is authorized and empowered to execute and file on behalf of the Company a voluntary petition for relief under the Bankruptcy Code in the Bankruptcy Court and all certificates, exhibits and schedules related thereto; and it is further

RESOLVED that the Authorized Persons, acting alone or with one or more other Authorized Persons be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all other petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any and all actions which they deem necessary and proper in or in connection with the Chapter 11 Case and any action necessary in connection with the maintenance and operation of the Company's business; and it is further

RESOLVED that the Authorized Persons be, and they hereby are, authorized and directed to retain and employ the law firm of Duane Morris LLP ("DM") as bankruptcy counsel in the Chapter 11 Case to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers

prior to and immediately upon filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of DM; and it is further

RESOLVED that the Authorized Persons be, and they hereby are, authorized and directed to retain and employ BMC Group as claims, noticing and solicitation agent for the Company in the Chapter 11 Case; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of BMC Group; and be it further

RESOLVED that the Authorized Persons be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

RESOLVED that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is finally

RESOLVED that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

*Rest of page intentionally blank; signature page follows*

IN WITNESS WHEREOF, the undersigned, being all of the directors of the Company, have executed these resolutions of the Board as of their signature date.

Fabrice Orban

Date: 4/24/2022

Eric Binard

Date: 4/24/2022

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>HAMON CORPORATION,<br><br>      Debtor. | Chapter 11<br><br>Case No. _____<br><br>(Joint Administration Requested) |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FED. R. BANKR. P. 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in Hamon Holdings Corporation ("Hamon US Parent") and its affiliated debtors (the "Affiliated US Debtors," and together with Hamon US Parent, the "Debtors"), as debtors and debtors-in-possession. Hamon US Parent, on behalf of itself and the Affiliated US Debtors, respectfully represents as follows:

1. Each Affiliated US Debtor listed in Exhibit A is 100% owned by its direct parent unless otherwise noted.

2. Hamon US Parent is the penultimate parent company of each of the Affiliated US Debtors and directly or indirectly owns a 100% equity interest in each of the Affiliated US Debtors.

3. Hamon & Cie (International) S.A., a Belgian *société anonyme*, is the ultimate parent company of each of the Debtors and directly or indirectly owns a 100% equity interest in each of the Debtors.

*Rest of page intentionally blank; signature page follows*

Dated: April 24, 2022
      Wilmington, Delaware

D<span style="font-variant:small-caps">uane</span> M<span style="font-variant:small-caps">orris</span> LLP

*/s/ Jarret P. Hitchings*
Christopher M. Winter (DE 4163)
Jarret P. Hitchings (DE 5564)
1201 N. Market Street, Suite 501
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
cmwinter@duanemorris.com
jphitchings@duanemorris.com

*Proposed Counsel to Debtors-in-Possession*

2

**Exhibit A**

DM3\8663118.1

## ORGANIZATIONAL CHART



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re | Chapter 11 |
|---|---|
| HAMON CORPORATION, | Case No. _____ |
| Debtor. | (Joint Administration Requested) |

**LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
RULE 1007(A)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

| Name and Last Known Address of Equity Interest Holder | Nature or Class of Interest | Percentage of Interests Held |
|---|---|---|
| Hamon Holdings Corporation<br>46 E. Main St., Ste. 301<br>Somerville, NJ 08876 | Stock | 100% |

Dated: April 24, 2022
      Wilmington, Delaware

DUANE MORRIS LLP

*/s/ Jarret P. Hitchings*
Christopher M. Winter (DE 4163)
Jarret P. Hitchings (DE 5564)
1201 N. Market Street, Suite 501
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
cmwinter@duanemorris.com
jphitchings@duanemorris.com

*Proposed Counsel to Debtors-in-Possession*

**Fill in this information to identify the case:**

Debtor name  Hamon Corporation

United States Bankruptcy Court for the: _____District of Delaware___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PSP INDUSTRIES<br>9885 DOERR LANE<br>SCHERTZ, TX 78154-9408 | | Trade Debts | | | | $1,295,793.00 |
| 2 | DAI DUNG METALLIC MANUFACTURE CONSTRUCT<br>LOT NO. 38, ZONE C, D1 STREET<br>AN HA INDUSTRIAL PARK<br>PHAM VAN HAI COMMUNE<br>BINH CHANH DISTRICT<br>HO CHI MINH CITY<br>VIETNAM | | Trade Debts | | | | $603,102.10 |
| 3 | THERMAL TRANSFER CORPORATION<br>50 NORTH LINDEN STREET<br>DUQUESNE, PA 15110-1067 | | Trade Debts | | | | $460,710.00 |
| 4 | CERTIFIED CONSTRUCTORS SERVICE, INC.<br>5330 FAIRFIELD DRIVE<br>CRESTVIEW, FL 32536 | | Trade Debts | | | | $419,365.50 |
| 5 | QINGDAO PIONEER EQUIPMENT MANUFACTURE CO<br>#567 LANZHOU EAST ROAD<br>JIAOZHOU CITY, SHANDONG<br>CHINA | | Trade Debts | Disputed | | | $356,025.00 |
| 6 | PNC BANK N.A.<br>TWO TOWER CENTER BOULEVARD<br>EAST BRUNSWICK, NJ 08816 | | PPP Loan | Contingent | | | $293,700.00 |
| 7 | NWL, INC.<br>312 RISING SUN ROAD<br>BORDENTOWN, NJ 08505 | | | | | | $233,165.00 |

Debtor: HAMON CORPORATION
      Name

Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | AMERICAN PIPING PRODUCTS, INC.<br>825 MARYVILLE CENTRE DRIVE<br>SUITE 310<br>CHESTERFIELD, MO 63017 | | Trade Debts | | | | $232,093.86 |
| 9 | METALLINE INC.<br>1859 TERRY DRIVE<br>JOLIET, IL 60436 | | Trade Debts | | | | $230,216.04 |
| 10 | EMKAY ENGINEERING<br>SURVEY NO. 36, PLOT NO. 9/1<br>K.N, DHUMAL NAGAR, VASAI EAST<br>WALIV, MAHARASHTRA, IMH 401208<br>INDIA | | Trade Debts | | | | $224,770.00 |
| 11 | MARSH SA<br>AV.HERMANN DEBROUX 2<br>BRUXELLES 1160<br>BELGIUM | | Trade Debts | | | | $222,885.38 |
| 12 | EL DORADO METALS, INC.<br>122 PELLIZZARI PLACE<br>EL DORADO, AR 71730 | | Trade Debts | | | | $196,653.45 |
| 13 | APROJECTS NV (BELGIUM)<br>INDIESTRAAT 2 (X JAN VAN GENTSTRAAT 1)<br>ANTWERPEN B2000<br>BELGIUM | | Trade Debts | | | | $186,275.00 |
| 14 | SUZHOU HAILU HEAVY INDUSTRY CO<br>NO. 1 WEST PEOPLE ROAD<br>ZHANGJIAGANG, JIANGSU 215600<br>CHINA | | Trade Debts | Contingent | | | $180,000.00 |
| 15 | AMECC MECHANICAL CONSTRUCTION JSC<br>JOINT STOCK COMPANY<br>KM 35, HIGHWAY 10, QUOC TUAN COMMUNE,<br>AN LAO DISTRICT<br>HAI PHONG CITY<br>VIETNAM | | Trade Debts | | | | $178,343.40 |
| 16 | ECONOMASTERS, LLC<br>3209 W. 21ST ST.<br>TULSA, OK 74107 | | Trade Debts | | | | $150,345.00 |
| 17 | OPTIMUS INDUSTRIES LLC<br>5727 S LEWIS AVE<br>SUITE 600<br>TULSA, OK 74105 | | Trade Debts | | | | $141,956.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

Debtor:  HAMON CORPORATION
         Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Y.H.H MARINE ENGINEERING PTE LTD<br>NO. 1 KIAN TECK CRESCENT<br>SINGAPORE 628880<br>SINGAPORE | | Trade Debts | | | | $138,864.60 |
| 19 | FORNEY CORPORATION<br>P.O. BOX 205185<br>DALLAS, TX 75320-5185 | | Trade Debts | | | | $134,914.32 |
| 20 | O'CONNOR CORPORATION<br>45 UNDUSTRIAL DRIVE<br>CANTON, MA 02021 | | Trade Debts | | | | $133,367.00 |
| 21 | EFFOX-FLEXTOR-MADER INC.<br>9759 INTER OCEAN DRIVE<br>CINCINNATI, OH 45246 | | Trade Debts | | | | $126,235.76 |
| 22 | I&C ENGINEERING COMPANY INC.<br>253 LOW STREET<br>SUITE 212<br>NEWBURYPORT, MA 01950 | | Trade Debts | | | | $118,180.00 |
| 23 | ROSE FABRICATING & LNDUSTRIAL SOLUTIONS<br>290 INDUSTRIAL ROAD N<br>COVINGTON, TN 38019 | | Trade Debts | | | | $101,700.00 |
| 24 | PPC USA, INC.<br>363 NORTH SAM HOUTON PARKWAY EAST<br>SUITE 700<br>HOUSTON, TX 77060 | | Trade Debts | | | | $84,974.00 |
| 25 | ENVIRONEX, INC.<br>1 GREAT VALLEY PARKWAY, STE 4<br>MALVERN, PA 19355 | | Trade Debts | | | | $82,751.31 |
| 26 | SAMSON FABRICATION INC.<br>P.O. BOX 462<br>WATERLOO, IA 50704-0462 | | Trade Debts | | | | $79,506.22 |
| 27 | TRENERGY INC.<br>81 EASTCHESTER AVE.<br>ST. CATHARINES, ON L2P 2Y8<br>CANADA | | Trade Debts | | | | $79,456.00 |

Debtor: HAMON CORPORATION
Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 | A&B ELECTRONICS CO.<br>55 MAYNESBORO STREET<br>BERLIN, NH 03570 | | Trade Debts | | | | $76,378.74 |
| 29 | SHAMBAUGH & SON LP<br>P O BOX 1287<br>FORT WAYNE, IN 46801 | | Trade Debts | | | | $72,923.25 |
| 30 | ERIEZ MANUFACTURING CO.<br>C/O PME EQUIPMENT INC.<br>2200 ASBURY ROAD<br>ERIE, PA 16506-1440 | | Trade Debts | | | | $66,298.47 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Hamon Corporation_____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/24/2022__       ✗ ___*Scott Bryant* (signature)_____
MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                 ___Scott Bryant_____
                                 Printed name

                                 __Finance Director, Hamon North America__
                                 Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**